UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                        :    Chapter 13

PAOLO RIZZI and PATRIZIA RIZZI        :

          Debtor                   :    Bankruptcy No. 11-15237bf

..................................................

ORDER

..................................................

AND NOW, this 19th day of January 2012, upon motion of the debtor to
avoid an alleged judicial lien held by Alex and Nicole Drum on real property identified as
located at 909 Jamestown Road, Broomall, Pennsylvania,

And the debtor having asserted that the alleged lien is subject to avoidance
pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor having certified that adequate notice of the motion was sent
to the lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby ordered that the motion is granted by default and
the judicial lien on real property held by Alex and Nicole Drum, if any, on the
aforementioned property is avoided.

_____
BRUCE FOX
United States Bankruptcy Judge

Copies to:

Christopher George Cappio, Esq.
Macey Bankruptcy Law
111 S Independence Mall East, Suite 555
Philadelphia, PA 19106

Mr. Alex Drum
Mrs. Nicole Drum
1536 Ashton Road
Havertown, PA 19083